IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD JOHNSON :
    PLAINTIFF :
V. : NO. 1:22-CV-1048
SUPERINTENDANT RIVELLO et,al. : Judge Yvette Kane
    Defendants :

FILED
HARRISBURG, PA
NOV 25 2022
PER _____
DEPUTY CLERK

## Motion of Compliance

I, Edward Johnson, plaintiff in the above captioned case, come now to this Honorable Court asking that this Honorable Court force Defendants Nally and Defendant Mahli to comply with the Order to respond to Civil Action. Defendants were served and date was set for them to respond. Plaintiff does not know whether Defendants Lawyer made an Appearance or not. I wrote to Clerk for up-dated docket sheet and never received one.

Wherefore, plaintiff ask that defendants comply with the Honorable Judges Order or rule in favor of the plaintiff.

Respectfully Submitted

*Edward Johnson*
Edward Johnson GC-7977
1100 Pike Street
Huntingdon, Pa. 16654

Date: November 21, 2022

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD JOHNSON        :

  PLAINTIFF         :

V.              :  NO. 1:22-CV-1048

SUPERINTENDANT RIVELLO et,al. :  Judge Yvette Kane

  Defendants        :

## PROOF OF SERVICE

I, Edward Johnson, hereby certify that a true and correct one (1) origina Motion of Compliance has been sent to the persons below in the manner below address is as follows:

First Class U.S. Mail

Office Of The Clerk
United States Dist. Court
Middle Dist. of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

Respectfully Submitted

*Edward Johnson*
Edward Johnson GC-7977
1100 Pike Street
Huntingdon, Pa. 16654

Date: November 21, 2022

Smart Communications/PADOC

SCI- Huntingdon

Name Edward Johnson

Number GC7927

PO Box 33028

St Petersburg FL 33733

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS



US POSTAGE PITNEY BOWES
ZIP 16652 $000.57
02 4W
0000372161 NOV 23 2022

RECEIVED
HARRISBURG, PA
NOV 25 2022
PER _____
DEPUTY CLERK

Office of The Clerk
United States Dist. Court
Middle Dist. of P.A.
U.S Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108