FILED
HARRISBURG, PA

MAR 08 2023

PER ___JBL___
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD JOHNSON            :
    PLAINTIFF         :
  V.                      :     CIVIL NO. 1:22-CV-01048
RIVELLO et, al.           :     HON JUDGE Y. KANE

TO THE CLERK OF COURT:

    I, Edward Johnson, petitioner in above captioned case am writing in regards to the Docket Sheet I received last week. Petitioner is Pro'se and should have received copies or the brief and materials listed in the docket entry 23-32, if it is possible can you send me a copy of he following:

    1. Entry 23-24 Dated 1/23/23.

    2. Entry 25-27, Dated 1/24/23.

    3. Entry 28-30, Dated 2/7/23.

    4. Entry 31-32, Dated 2/8/23.

    Thank you for your time and patience in this matter.

Respectfully Submitted

*Edward Johnson*
Edward Johnson GC-7977
1100 Pike Street
Huntingdon, Pa. 16654

Dated: March 5, 2023.

Smart Communications/PADOC

SCI- Huntingdon

Name Edward Johnson

Number GC7977

PO Box 33028

St Petersburg FL 33733

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS



US POSTAGE PITNEY BOWES
ZIP 16652 $000.60
02 4W
0000372161 MAR 06 2023

Office of The Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108

RECEIVED
HARRISBURG, PA
MAR 08 2023
PER JBC DEPUTY CLERK

17108$0983 B011