UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Office of the Clerk, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Peter Welsh  717-221-3920
Clerk of Court

March 8, 2023

**Edward Johnson** GC-7977
SCI-Huntingdon
1100 Pike Street
Huntingdon, PA 16654

Dear Mr. Johnson,

Regarding your request for copies of documents in your case 1:22-CV-01048.
Copies of documents are not supplied free of charge regardless of your filing status.

1. Entry 23-24 Dated 1 /23/23
2 . Entry 25-27 Dated 1/24/23
3 . Entry 28-30 Dated 2/7/23
4. Entry 31-32 Dated 2/8/23

Total 53 pages - $5.30

**Please send your payment ($5.30), made out to the Clerk of Courts, to the address above along with a self-addressed stamped envelope.**

Documents will be sent when payment is received.

Sincerely,


Deputy Clerk
U.S. District Courts