IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

JUL - 3 2023

PER_____
DEPUTY CLERK

EDWARD JOHNSON                    :

     PLAINTIFF                  :

   V.                              :          NO. 1:22-CV-01048

RIVELLO, et., al.,               :          (JUDGE KANE)

     DEFENDANTS                 :

## MOTION OF CONFORMITY

I, Edward Johnson, plaintiff in the above captioned case, come now to the Honorable Judge Kane asking that your Honor inform lawyers O'Neal and Margonari, that plaintiff is prose and that he gets a copy of all briefs/motion/documents that are sent to the courts. They made appearances and filed briefs and motion which planiff received nothing from them, and when the plaintiff wrote to the Clerk of Courts for a copy she informed him that he had to pay for the copies. See Docket Entries 21 through 32 (plaintiff did not receive copies of these materials.

Thank you for time and patience in this matter.

Repectfully Submitted

*Edward Johnson*

Edward Johnson
1100 Pike Street
Huntingdon, Pa. 16654

Dated: June 18, 2023

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD JOHNSON                    :

      PLAINTIFF               :

    V.                            :        NO. 1:22-CV-01048

RIVELLO, et., al.,                :        (JUDGE KANE)

      DEFENDANTS              :

PROOF OF SERVICE

    I, Edward Johnson, hereby certify that a true and correct one (1) original and two (2) copies of the forgoing motion *of* Conformity has been sent to the persons below in the manner below address is as folows;

First Class U.S. Mail


Clerk of Courts
United States Dist. Court
Middle Dist. of Pa.
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108


Respectfully Submitted

*Edward Johnson*
Edward Johnson GC-7977

Dated: June 18, 2023

Smart Communications/PADOC

SCI- *Huntingdon*

Name *Edward Johnson*

Number *G C 7977*

PO Box 33028

St Petersburg FL 33733

RECEIVED
HARRISBURG, PA

JUL - 3 2023

PER _____
DEPUTY CLERK

JOHNSTOWN PA 159
PA DEPARTMENT
OF CORRECTIONS

US POSTAGE
$ 000.84
0000372161 JUN 23 2023

*Clerk of Courts*
*United States Distr. Court*
*Middle District of P.A.*
*U.S. Courthouse*
*228 Walnut Street*
*P.O. Box 983*
*Harrisburg, P.A. 17108*

17108$0983