**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EDWARD JOHNSON,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:22-cv-01048** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **SUPERINTENDENT RIVELLO, <u>et</u> <u>al.</u>,** | : | |
| **Defendants** | : | |

<u>**ORDER**</u>

Currently pending before the Court is a "Motion for Conformity" filed by Plaintiff.  (Doc. No. 38.)  Plaintiff has not filed a brief in support of the motion within fourteen days of its filing, and under Local Rule 7.5, motions that are not accompanied by supporting briefs within fourteen days "shall be deemed to be withdrawn."  <u>See</u> M.D. Pa. L.R. 7.5.

**AND SO**, on this 24th day of July, 2023, upon consideration of the foregoing, **IT IS ORDERED THAT** Plaintiff's motion for conformity (Doc. No. 38) is **DEEMED WITHDRAWN**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania