IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD JOHNSON                          :

    Plaintiff                         :

    v.                                :   NO. 1:22-cv-01048

SUPERINTENDANT et, al.                  :   (JUDGE KANE)

    Defendants                        :

TO THE HONORABLE JUDGE KANE:

    I am writing in regards to the above captioned case, I'm not trying to anger this Honorable Court but, I am entitled to recieve service of each filing from defendants O'Neal and Margonari. I am prose plaintiff and anything filed with this Honorable Court plaintiff is suppose to be service according to F.R.C.P. Rule 5, plaintiff was not served with any motion or briefs (see doc. 21-32) by these defendants, can you inform them that I'm to be served at the same time that they serve the Honorable Court.

    Also, Is it possible to have defendants to send all plaintiff mail via S.C.I. Huntingdon 1100 Pike Street, than sending it to St. Petersburg Florida where it takes time to reach plaintiff which affects response time, it will also verify that plaintiff recieved them becasue he has to sign for the mail.

    Thank you for your time and patience in this matter.

FILED
HARRISBURG, PA
DEC 12 2023
PER _____
DEPUTY CLERK

Respectfully Submitted

*Edward Johnson*
Edward Johnson GC-7977
1100 Pike Street
Huntingdon Pa 16654

Date: November 13, 2023

cc:
Stuart T. O'Neal
Daniel J. Margonari

Smart Communications/PADOC

SCI- Huntingdon

Name Edward Johnson

Number GC7977

PO Box 33028

St Petersburg FL 33733

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS

US POSTAGE PITNEY BOWES
ZIP 16652 $ 000.63
02 4W
0000372161 DEC 07 2023

Office of The Clerk
U.S. District Court
Sylvia H Rambo U.S. Courthouse
1501 North 6th Street, Suite 1101
Harrisburg PA 17102

RECEIVED
HARRISBURG, PA
DEC 12 2023
PER _____
DEPUTY CLERK