IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD JOHNSON,** | : | |
| Plaintiff | : | |
| | : | No. 1:22-cv-01048 |
| v. | : | |
| | : | (Judge Kane) |
| **MEDICAL DOCTOR MALHI, <u>et al.</u>,** | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 12th day of January 2026, upon consideration of Defendants' motions for summary judgment (Doc. Nos. 77, 86) and Plaintiff's motion for sanctions (Doc. No. 70), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for sanctions (Doc. No. 70) is **DEEMED WITHRAWN**;

2. Defendants' motions for summary judgment (Doc. Nos. 77, 86) are **GRANTED**; and

3. The Clerk of Court is directed to enter judgment in favor of all Defendants and **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania